FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 22 2025
KHS
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 25-2743 KWR |
| ) | |
| vs. ) | 18 U.S.C. § 1153 and N.M. STAT. ANN. |
| ) | § 30-6-1(D) and (F): Abuse of a Child |
| **MIRANDA CACHINI** ) | Resulting in Death (Reckless Disregard) |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about January 26, 2025, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **MIRANDA CACHINI**, an Indian, knowingly, recklessly and without justifiable cause, caused and permitted Jane Doe, a child under the age of 18, to be placed in a situation that may have endangered the child's life and health, resulting in death.

In violation of 18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D) and (F).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney