AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
| v. | ) | Case No. 25-CR-2743 KWR |
| MIRANDA CACHINI | ) | |
| *Defendant* | ) | |

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MIRANDA CACHINI,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1153 and N.M. STAT. ANN. § 30-6-1(D) and (F): Abuse of a Child Resulting in Death (Reckless Disregard)

Date: 07/22/2025

*K. Hernandez de Sepulveda*
Issuing officer's signature

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
Printed name and title

### Return

This warrant was received on *(date)* July 23, 25, and the person was arrested on *(date)* July 27 25
at *(city and state)* Zuni, NM.

Date: 7.27.25

*[signature]*
Arresting officer's signature

Matthew Roper
Printed name and title